■ VINCENT J. CELI et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 73591.)—Appeal from an order of the Court of Claims (Hanifin, J.), entered August 9, 1988, which, *inter alia,* granted the State's motion to dismiss the claim for lack of personal jurisdiction.

Order affirmed, without costs, upon the opinion of Judge Jerome F. Hanifin. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.